**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT HENDERSON, | ) | NO. CV 12-1640-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | **CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| Defendant. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court hereby accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the decision of the Commissioner of the Social Security Administration is reversed in part; (2) the matter is remanded for further administrative action consistent with the Report and Recommendation; and (3) the parties' cross-motions for summary judgment [Doc. ## 37, 38] are DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on Plaintiff and on the United States Attorney for the Central District of California.

DATED: April 28, 2016

```
                                    /s/ Dolly M. Gee
                              _____
                                     DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE
```